IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

THE OHIO WILLOW WOOD COMPANY,

    Plaintiff,

v.

ALPS SOUTH LLC,

    Defendant.

Case No. 2:05-cv-1039

JUDGE EDMUND A. SARGUS, JR.

MAGISTRATE JUDGE TERENCE P. KEMP

## ORDER

This matter is before the Court for consideration of Defendant ALPS South LLC's Motion to Vacate Order on Motion to Seal Document and Accept Response (Doc. 184). The Court **DENIES** this motion as moot and untimely.

**IT IS SO ORDERED.**

3-28-2011
**DATED**

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE