IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

THE OHIO WILLOW WOOD COMPANY,

    Plaintiff,

V.                                CASE NO. C2-05-1039 and C2-09-1027
                                  JUDGE EDMUND A. SARGUS, JR.
                                  MAGISTRATE JUDGE TERENCE P. KEMP

ALPS SOUTH, LLC,

    Defendant.

and

ALPS SOUTH, LLC,

    Plaintiff,

V.

OHIO WILLOW WOOD COMPANY, et al.,

    Defendants.

## ORDER

The undersigned hereby RECUSES himself from these cases. The Clerk shall use a random draw to assign a new judge to this case.

**IT IS SO ORDERED.**

_8-21-2012_
DATE

_____
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE