UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| The Ohio Willow Wood Company, | ) | Case Nos.    2:05-CV-1039 |
| | ) | 2:09-CV-1027 |
| Plaintiff, | ) | 2:13-MC-0021 |
| -vs- | ) | District Judge Algenon L. Marbley |
| | ) | Magistrate Judge Terrence P. Kemp |
| Alps South, LLC, | ) | |
| | ) | **NOTICE OF WITHDRAWAL OF** |
| Defendant. | ) | **APPLICATION FOR WRIT OF** |
| | ) | **EXECUTION (Dkt. 5) AND MOTION** |
| and | ) | **FOR ORDER OF GARNISHMENT (Dkt.** |
| | ) | **6)** |
| Alps South, LLC | ) | |
| Plaintiff, | ) | |
| -vs- | ) | |
| The Ohio Willow Wood Company, | ) | |
| Defendant. | ) | |

In view of the supersedeas bond filed by defendant, The Ohio Willow Wood Company ("OWW"), in Case No. 8:08-CV-01893, in the United States District Court for the Middle District Court of Florida, which plaintiff, Alps South, LLC ("Alps"), does not oppose, and in view of the stay pending appeal that will become effective on that Court's approval of the bond, Alps South, LLC, plaintiff in Case No. 2:13-MC-0021, hereby gives notice that it withdraws its Application for Writ of Execution (Dkt. 5) and its Motion for Order of

Garnishment (Dkt. 6) that were filed on May 24, 2013, which should cause the Emergency Motion to Stay Execution of the Registered Judgment filed by OWW (Dkt. 8) and its Motion for Status Conference (Dkt. 10) to be moot.

/s/ David W. Wicklund
David W. Wicklund (0012109)
SHUMAKER, LOOP & KENDRICK, LLP
1000 Jackson Street
Toledo, Ohio 43604
TEL:  (419) 241-9000
FAX:  (419) 241-6894
dwicklund@slk-law.com

Michael A. Snyder (0069425)
SHUMAKER, LOOP & KENDRICK, LLP
41 South High Street, Suite 2400
Columbus, Ohio 43215
TEL:  (614) 463-9441
FAX:  (614) 463-1108

Attorneys for Plaintiff, Alps South, LLC

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 12, 2013, I electronically filed the foregoing **NOTICE OF WITHDRAWAL OF APPLICATION FOR WRIT OF EXECUTION AND MOTION FOR ORDER OF GARNISHMENT** with the Clerk of the Court by using the CM/ECF system, which will send electronic filing to Jeffrey S. Standley, Esquire, Standley Law Group LLP, 6300 Riverside Drive, Dublin, Ohio 43017, attorneys for The Ohio Willow Wood Company.

/s/ David W. Wicklund
David W. Wicklund (0012109)
SHUMAKER, LOOP & KENDRICK, LLP
Attorneys for Plaintiff,
ALPS South, LLC